UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | No. 2:26-cv-00051-JHC |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONDUCT FED. R. CIV. P. 26(F) CONFERENCE** |
| v. | |
| CONTINENTAL MILLS, INC., | |
| Defendant. | |

Before the Court is the Stipulated Motion for Extension of Time to Answer Complaint. Dkt. # 7. Having considered the pleadings and file in this matter, the Court is fully informed. Having found good cause for the extension, it is **HEREBY ORDERED THAT**:

The Stipulated Motion for Extension of Time to Answer Complaint and conduct Fed. R. Civ. P. 26(f) Conference is **GRANTED.**

Defendant Continental Mills, Inc.'s deadline to respond to the Complaint is April 8, 2026. The parties' deadline to conduct the Rule 26(f) conference is April 16, 2026.

//

//

//

//

//

ORDER
(No. 2:26-cv-00051-JHC) - 1

DATED this 4th day of March, 2026.

John H. Chun
United States District Judge

ORDER
(No. 2:26-cv-00051-JHC) - 2