UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | No. 2:26-cv-00051-JHC |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONDUCT FED. R. CIV. P. 26(F) CONFERENCE** |
| v. | |
| CONTINENTAL MILLS, INC., | |
| Defendant. | |

Before the Court is the Stipulated Motion for Extension of Time to Answer Complaint. Dkt. # 12. Having considered the pleadings and file in this matter, the Court is fully informed. Having found good cause for the extension, it is **HEREBY ORDERED THAT**:

The Stipulated Motion for Extension of Time to Answer Complaint and conduct Fed. R. Civ. P. 26(f) Conference is **GRANTED.**

Defendant Continental Mills, Inc.'s deadline to respond to the Complaint is May 25, 2026. The parties' deadline to conduct the Rule 26(f) conference is June 1, 2026.

ORDER GRANTING STIPULATED MOTION
FOR EXTENTION OF TIME TO RESPOND TO
COMPLAINT
(No. 2:26-cv-00051-JHC)

DATED this 30th day of March 2026.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENTION OF TIME TO RESPOND TO
COMPLAINT
(No. 2:26-cv-00051-JHC) –2